Law Offices of Bill LaTour
Bill LaTour, ESQ.
State Bar No.: 169758
　　11332 Mountain View Ave., Suite C
　　Loma Linda, California 92354
　　Telephone: (909) 796-4560
　　Facsimile:  (909) 796-3402
　　E-Mail: Bill.latour@verizon.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| STEVEN ZIMMERMAN, | No. ~~EDSA~~CV 07-953 JC |
| Plaintiff, | ~~[PROPOSED]~~ ORDER AWARDING EAJA FEES |
| v. | |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees under the Equal Access to Justice Act ("EAJA") in the amount TWO THOUSAND EIGHT HUNDRED AND SEVENTY FIVE DOLLARS and 00/cents ($2,875.00), as authorized by 28 U.S.C. §2412(d), subject to the terms of the above-referenced Stipulation.

DATED: August 4, 2008

　　　　　　　　　　　　/s/　　　　　　　　　　　　
HON. JACQUELINE CHOOLJIAN
UNITED STATES MAGISTRATE JUDGE

-1-